**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: BOFMAN, ROBERT L. | § | Case No. 15-37199-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 31, 2015.  The undersigned trustee was appointed on November 01, 2016.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $              4,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 15.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $              3,985.00

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/24/2018 and the deadline for filing governmental claims was 04/28/2018.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/28/2019            By:/s/ILENE F. GOLDSTEIN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-37199-ABG | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** BOFMAN, ROBERT L. | **Filed (f) or Converted (c):** 10/31/15 (f) |
| | **§341(a) Meeting Date:** 12/10/15 |
| **Period Ending:** 04/28/19 | **Claims Bar Date:** 04/24/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Cash on Hand (approx.)<br>Imported from Amended Doc#: 54 | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America Core Checking Account for Robert<br>Imported from Amended Doc#: 54 | 2,169.17 | 2,169.17 | | 0.00 | FA |
| 3 | Bank of America Core Checking Account for Robert<br>Imported from Amended Doc#: 54 | 1,031.23 | 0.00 | | 0.00 | FA |
| 4 | Checking account Bank of America (ending 7759) (<br>(u)<br>Imported from Amended Doc#: 54 | 799.95 | 0.95 | | 0.00 | FA |
| 5 | Citibank Account # 909076079 (u)<br>Imported from Amended Doc#: 54 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Citibank Account (u)<br>Imported from Amended Doc#: 54 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 7 | US Bank Account (u)<br>Imported from Amended Doc#: 54 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Rose Properties (u)<br>Imported from Amended Doc#: 54 | 6,050.00 | 6,050.00 | | 0.00 | FA |
| 9 | Miscellaneous Household Goods and Furnishings (a<br>Imported from Amended Doc#: 54 | 1,000.00 | 746.00 | | 0.00 | FA |
| 10 | TV and Dining Room Set and Misc. Household Goods<br>(u)<br>Imported from Amended Doc#: 54 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 11 | TV (u)<br>Imported from Amended Doc#: 54 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 12 | Misc. Household Goods, No Single Item Over $200<br>(u)<br>Imported from Amended Doc#: 54 | 600.00 | 600.00 | | 0.00 | FA |
| 13 | Books, Music (u)<br>Imported from Amended Doc#: 54 | 600.00 | 600.00 | | 0.00 | FA |
| 14 | Miscellaneous Wearing Apparel (approx.)<br>Imported from Amended Doc#: 54 | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Everyday Apparel (u)<br>Imported from Amended Doc#: 54 | 750.00 | 750.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| Case Number: 15-37199-ABG | Trustee: (330290) ILENE F. GOLDSTEIN |
| Case Name: BOFMAN, ROBERT L. | Filed (f) or Converted (c): 10/31/15 (f) |
| | §341(a) Meeting Date: 12/10/15 |
| Period Ending: 04/28/19 | Claims Bar Date: 04/24/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Ring and Watch (approx.) Imported from Amended Doc#: 54 | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Camera (u) Imported from Amended Doc#: 54 | 300.00 | 300.00 | | 0.00 | FA |
| 18 | Flexible Premium Adjustable Life Insurance Polic (u) Imported from Amended Doc#: 39 | 914.83 | 0.00 | | 0.00 | FA |
| 19 | Bob Bofman Selections, LLC (100% Member) Imported from Amended Doc#: 54 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 2015 GMC Yukon (repossessed on October 27, 2015) Imported from Amended Doc#: 54 | 60,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2005 VW Touareg - Surrender (u) Imported from Amended Doc#: 54 | 36,400.00 | 36,400.00 | | 0.00 | FA |
| 22 | 2004 BMW Z4, Lease - Surrender (u) Imported from Amended Doc#: 54 | 32,935.00 | 32,935.00 | | 0.00 | FA |
| 23 | 2005 Honda Element, Lease - Surrender (u) Imported from Amended Doc#: 54 | 13,990.00 | 13,990.00 | | 0.00 | FA |
| 24 | Computer and Printer (u) Imported from Amended Doc#: 54 | 600.00 | 600.00 | | 0.00 | FA |
| 25 | Miscellaneous Watches (u) STATUS JANUARY 2018 The Trustee recovered five watches through litigation. Order entered on December 15, 2017. She has set a claims bar date ans is contacting experts to sell the watches. | 0.00 | 2,000.00 | | 4,000.00 | FA |
| 25 | **Assets    Totals (Excluding unknown values)** | **$167,140.18** | **$104,141.12** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS JANUARY 2018 This case was reopened based on an insurance claim filed which suggested certain assets may not have been properly disclosed.  The Office of the UST evaluated a revocation possibility anf the case Trustee filed pleadings for a turnover of certain watches.  The turnover was finally ordered on December 15, 2018.  The Trustee has set a claims bar date to determine if there are creditors who will file a claim and is currently evaluatiiong the best way to liquidate the watches she has recovered.

STATUS:  January 2019 Claims of over 1,000,000 dollars including priority  reviewed.  Case is being closed

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 15-37199-ABG | Trustee: | (330290) | ILENE F. GOLDSTEIN |
| Case Name: | BOFMAN, ROBERT L. | Filed (f) or Converted (c): | 10/31/15 (f) | |
| | | §341(a) Meeting Date: | 12/10/15 | |
| Period Ending: 04/28/19 | | Claims Bar Date: | 04/24/18 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   December 31, 2018       Current Projected Date Of Final Report (TFR):   April 30, 2019

Exhibit B

# **Form 2**

Page: 1

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 15-37199-ABG |
| Case Name: | BOFMAN, ROBERT L. |
| | |
| Taxpayer ID #: | **-***8590 |
| Period Ending: | 04/28/19 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******2766 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/18 | {25} | Ross Design | Sale of personal property | 1229-000 | 4,000.00 | | 4,000.00 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,995.00 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,990.00 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,985.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,000.00 | 15.00 | $3,985.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 4,000.00 | 15.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,000.00** | **$15.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2766** | **4,000.00** | **15.00** | **3,985.00** |
| | **$4,000.00** | **$15.00** | **$3,985.00** |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 24, 2018

**Case Number:** 15-37199-ABG      Page: 1      **Date:** April 28, 2019
**Debtor Name:** BOFMAN, ROBERT L.      **Time:** 10:44:16 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,000.00 | $0.00 | 1,000.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $147.12 | $0.00 | 147.12 |
| 210 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,837.88 | $0.00 | 2,837.88 |
| 1P<br>570 | Internal Revenue Service<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Priority | History: Details1-102/13/2018Claim #1 filed by Internal Revenue Service, Amount claimed: $936474.41 (Hayes, Bruce )<br>---------------------------------------------------------------* * * | $309,879.34 | $0.00 | 309,879.34 |
| 1U<br>610 | Internal Revenue Service<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Unsecured | History: Details1-102/13/2018Claim #1 filed by Internal Revenue Service, Amount claimed: $936474.41 (Hayes, Bruce )<br>---------------------------------------------------------------* * * | $626,595.07 | $0.00 | 626,595.07 |
| 2<br>610 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Unsecured | History: Details2-102/26/2018Claim #2 filed by Citibank, N.A., Amount claimed: $849.47 (Downing, Jackie )<br>---------------------------------------------------------------* * * | $849.47 | $0.00 | 849.47 |
| 3<br>610 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 | Unsecured | History: Details3-103/06/2018Claim #3 filed by Ally Bank, Amount claimed: $24676.20 (Mikkelson, Jenna )<br>---------------------------------------------------------------* * * | $24,676.20 | $0.00 | 24,676.20 |
| 4<br>610 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | History: Details4-103/19/2018Claim #4 filed by Department Stores National Bank, Amount claimed: $1118.29 (Filley, Debra )<br>---------------------------------------------------------------* * * | $1,118.29 | $0.00 | 1,118.29 |
| 5<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details5-104/19/2018Claim #5 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $10686.70 (Lamb, David )<br>---------------------------------------------------------------* * * | $10,686.70 | $0.00 | 10,686.70 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 24, 2018

**Case Number:** 15-37199-ABG
**Debtor Name:** BOFMAN, ROBERT L.

Page: 2

**Date:** April 28, 2019
**Time:** 10:44:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $1,070.37 | $0.00 | 1,070.37 |
| | | | History: Details6-104/19/2018Claim #6 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $1070.37 (Lamb, David ) ----------------------------------------------------------------------* * * | | | |
| 7 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $4,939.70 | $0.00 | 4,939.70 |
| | | | History: Details7-104/19/2018Claim #7 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $4939.70 (Lamb, David ) ----------------------------------------------------------------------* * * | | | |
| 8 610 | Bernard Edelman, Esq. 77 W. Washington Street, Suite 1501 Chicago, IL 60602-2962 | Unsecured | | $35,000.00 | $0.00 | 35,000.00 |
| | | | History: Details8-104/19/2018Claim #8 filed by Bernard Edelman, Esq., Amount claimed: $35000.00 (Tepper, Robert ) ----------------------------------------------------------------------* * * | | | |
| 9 610 | Robert R. Tepper 111 W. Washington, #1900 Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| | | | 10/01/2018 Amendment 9-3 imported by ILENE; original claim didn't exist ----------------------------------------------------------------------- History: Details9-104/19/2018Claim #9 filed by Robert R. Tepper, Amount claimed: $20000.00 (Tepper, Robert ) Details9-204/19/2018Amended Claim #9 filed by Robert R. Tepper, Amount claimed: $20000.00 (Tepper, Robert ) Details9-304/23/2018Amended Claim #9 filed by Robert R. Tepper, Amount claimed: $20000.00 (Tepper, Robert ) ----------------------------------------------------------------------* * * | | | |
| 9 -2 610 | Robert R. Tepper 111 W. Washington, #1900 Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| | | | 10/01/2018 Amendment 9-3 imported by ILENE; original claim didn't exist ----------------------------------------------------------------------- History: Details9-104/19/2018Claim #9 filed by Robert R. Tepper, Amount claimed: $20000.00 (Tepper, Robert ) Details9-204/19/2018Amended Claim #9 filed by Robert R. Tepper, Amount claimed: $20000.00 (Tepper, Robert ) Details9-304/23/2018Amended Claim #9 filed by Robert R. Tepper, Amount claimed: $20000.00 (Tepper, Robert ) ----------------------------------------------------------------------* * * | | | |
| 9 -3 610 | Robert R. Tepper 111 W. Washington, #1900 Chicago, IL 60602 | Unsecured | | $20,000.00 | $0.00 | 20,000.00 |
| | | | 10/01/2018 Amendment 9-3 imported by ILENE; original claim didn't exist ----------------------------------------------------------------------- History: Details9-104/19/2018Claim #9 filed by Robert R. Tepper, Amount claimed: $20000.00 (Tepper, Robert ) Details9-204/19/2018Amended Claim #9 filed by Robert R. Tepper, Amount claimed: $20000.00 (Tepper, Robert ) Details9-304/23/2018Amended Claim #9 filed by Robert R. Tepper, Amount claimed: | | | |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 24, 2018

**Case Number:** 15-37199-ABG
**Debtor Name:** BOFMAN, ROBERT L.

Page: 3

**Date:** April 28, 2019
**Time:** 10:44:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No.  / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|------------------------|-----------|------------------------|----------------|--------------|---------------|
| | | | $20000.00 (Tepper, Robert ) | | | |
| | | | ---------------------------------------------------------------------------* * * | | | |
| << Totals >> | | | | 1,038,800.14 | 0.00 | 1,038,800.14 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-37199-ABG
Case Name: BOFMAN, ROBERT L.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**   $   3,985.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   3,985.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,837.88 | 0.00 | 2,837.88 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 147.12 | 0.00 | 147.12 |

Total to be paid for chapter 7 administration expenses:   $   3,985.00
Remaining balance:   $   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $309,879.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 309,879.34 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 724,935.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 626,595.07 | 0.00 | 0.00 |
| 2 | Citibank, N.A. | 849.47 | 0.00 | 0.00 |
| 3 | Ally Bank | 24,676.20 | 0.00 | 0.00 |
| 4 | Department Stores National Bank | 1,118.29 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 10,686.70 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 1,070.37 | 0.00 | 0.00 |
| 7 | PYOD, LLC its successors and assigns as assignee | 4,939.70 | 0.00 | 0.00 |
| 8 | Bernard Edelman, Esq. | 35,000.00 | 0.00 | 0.00 |
| 9 | Robert R. Tepper | 0.00 | 0.00 | 0.00 |
| 9 -2 | Robert R. Tepper | 0.00 | 0.00 | 0.00 |
| 9 -3 | Robert R. Tepper | 20,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**