# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:     BOFMAN, ROBERT L.           §         Case No. 15-37199
                                       §
                                       §
Debtor(s)                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 06 /14 /2019 at 1:30 p.m. in Courtroom B, Park City Court House 301 Greenleaf Ave Park City, Illinois 60085-5725. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/28/2019          By:     /s/ Ilene F. Goldstein
                                         Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BOFMAN, ROBERT L. | § | Case No. 15-37199 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,000.00 |
| *and approved disbursements of* | $ 15.00 |
| *leaving a balance on hand of* [1] | $ 3,985.00 |
| **Balance on hand:** | $ 3,985.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,985.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,000.00 | 0.00 | 1,000.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,837.88 | 0.00 | 2,837.88 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 147.12 | 0.00 | 147.12 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,985.00 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $              0.00
Remaining balance:  $              0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $309,879.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 309,879.34 | 0.00 | 0.00 |

Total to be paid for priority claims:  $              0.00
Remaining balance:  $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 724,935.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 626,595.07 | 0.00 | 0.00 |
| 2 | Citibank, N.A. | 849.47 | 0.00 | 0.00 |
| 3 | Ally Bank | 24,676.20 | 0.00 | 0.00 |
| 4 | Department Stores National Bank | 1,118.29 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee | 10,686.70 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 1,070.37 | 0.00 | 0.00 |
| 7 | PYOD, LLC its successors and assigns as assignee | 4,939.70 | 0.00 | 0.00 |
| 8 | Bernard Edelman, Esq. | 35,000.00 | 0.00 | 0.00 |
| 9 | Robert R. Tepper | 0.00 | 0.00 | 0.00 |
| 9 -2 | Robert R. Tepper | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 15-37199-ABG
Robert L. Bofman                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: tcollinsm          Page 1 of 1          Date Rcvd: May 09, 2019
                              Form ID: pdf006          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db              +Robert L. Bofman,    3 Briar Creek Drive,    Hawthorn Woods, IL 60047-8418
23879789        +Bernard Edelman, Esq.,    77 W. Washington Street, Suite 1501,   Chicago, IL 60602-3220
26483259         Citibank, N.A.,   c/o Quantum3 Group LLC,    PO Box 280,   Kirkland, WA 98083-0280
26557961         Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                  Kirkland, WA 98083-0657
26667424        #+Robert R. Tepper,   111 W. Washington, #1900,    Chicago IL 60602-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26513950         E-mail/Text: ally@ebn.phinsolutions.com May 10 2019 01:54:19     Ally Bank,   PO Box 130424,
                  Roseville MN 55113-0004
23879799         E-mail/Text: cio.bncmail@irs.gov May 10 2019 01:54:34     Internal Revenue Service,
                  230 S. Dearborn Street,   Chicago, IL 60604
26662074        +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:18:56
                  PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                  Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Adam G. Brief    on behalf of U.S. Trustee Patrick S Layng Adam.Brief@usdoj.gov
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,    il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,    IL35@ecfcbis.com
              James M Philbrick    on behalf of Creditor   Ally Financial Inc. f/k/a GMAC Inc.
               jmphilbrick@att.net
              Jeffrey Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              John S. Delnero    on behalf of Debtor 1 Robert L. Bofman jdelnero@pedersenhoupt.com,
               kcody@pedersenhoupt.com
              John S. Delnero    on behalf of Defendant Robert L. Bofman jdelnero@pedersenhoupt.com,
               kcody@pedersenhoupt.com
              Kimberly Bacher    on behalf of Plaintiff Patrick S Layng Kimberly.Bacher@usdoj.gov,
               kimberlyabacher@hotmail.com
              Kimberly Bacher    on behalf of U.S. Trustee Patrick S Layng Kimberly.Bacher@usdoj.gov,
               kimberlyabacher@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert R. Tepper    on behalf of Creditor Robert Ronald Tepper rtepper@dresslerpeters.com,
               edelman@xnet.com
                                                                                              TOTAL: 12